■ DEBORAH A. DEURO-NAUGHTON et al., Appellants, v STATE OF NEW YORK et al., Respondents. (Claim No. 111334.) [885 NYS2d 662]—Appeal from a judgment of the Court of Claims (Michael E. Hudson, J.), entered April 3, 2008 in a personal injury action. The judgment dismissed the claim.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at the Court of Claims. Present—Smith, J.P., Centra, Carni and Pine, JJ.

■ JAMIE BRUMFIELD, Respondent, v AMERICAN TRANSIT INSURANCE COMPANY, Appellant. [886 NYS2d 64]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered September 11, 2008 in a breach of contract action. The order denied defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Smith, J.P., Centra, Fahey, Carni and Pine, JJ.